People of the State of Illinois ex rel. Marjorie War-
field, Appellant, v. Board of Education of the City
of Chicago et al., Appellees.
Appeal of Marjorie Warfield, Appellant.

Gen. No. 42,911.

opinion filed May 29,
1944. George W. Lawrence, C. Francis Stradford, William H. Temple
and Jerry M. Brumfield, for appellant; Jerry M. Brumfield, of counsel;
Richard S. Folsom, for appellees; Frank S. Righeimer and Frank R.
Schneberger, of counsel. Opinion by JUSTICE MATCHETT. **Not to be
published in full.**